**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

JASON P. CLARK,

    Plaintiff,

v.                                               Case No. 3:14-cv-1288-J-34JBT

KENNETH GRAY, a Florida for profit
corporation, d/b/a Bar B Tavern, and
QUACH CANG CHI,

    Defendants.

_____/

**ORDER**

**THIS CAUSE** is before the Court on the Report and Recommendation (Dkt. No. 16; Report), entered by the Honorable Joel B. Toomey, United States Magistrate Judge, on May 12, 2015. In the Report, Magistrate Judge Toomey recommends that Plaintiff's claims against Defendant Kenneth Gray d/b/a Bar B Tavern be dismissed without prejudice for failure to prosecute. See Report at 2. Plaintiff has failed to file objections to the Report, and the time for doing so has now passed.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of fact are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1). However, the district court must review legal conclusions de novo. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United

States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615 at *1 (M.D. Fla. May 14, 2007).

Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court will accept and adopt the legal and factual conclusions recommended by the Magistrate Judge. Accordingly, it is hereby

**ORDERED:**

1. The Magistrate Judge's Report and Recommendation (Dkt. No. 16) is **ADOPTED** as the opinion of the Court.

2. The claims raised against Defendant Kenneth Gray d/b/a Bar B Tavern are **DISMISSED without prejudice**.

3. The Clerk of the Court is directed to terminate this Defendant from the Court docket.

4. On or before **June 23, 2015**, Plaintiff shall file a notice advising the Court of how he intends to proceed with regard to Defendant Quach Cang Chi.

**DONE AND ORDERED** at Jacksonville, Florida, this 9th day of June, 2015.

*[signature]*
**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

The Honorable Joel B. Toomey
United States Magistrate Judge

Counsel of Record

Pro Se Parties